

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2020

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Emiliano Bomba, et al.*, S2 19 Cr. 463 (DLC)

Dear Judge Cote:

    The Government writes, with consent of defense counsel, to request that the Court schedule a discovery deadline of July 31, 2020 for substantial completion of discovery for defendants Jose Baez and Andy Garibaldi Lopez.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              Acting United States Attorney

                                by:   /s/
                                              Stephanie Lake / Sheb Swett / Aline Flodr
                                              Assistant United States Attorneys
                                              (212) 637-1066 / 6522 / 1110

cc: All counsel (by ECF)