UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 19-CR-00463-DLC

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ZALMUND ZIRKIND

                Defendant.
_____/

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Neil M. Schuster, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Florida, Colorado, and District of Columbia District Court; is awaiting certificates of good standing that he has paid for and awaits due to the pandemic; and that his contact information is as follows:

Neil M. Schuster
Law Office of Neil M. Schuster, P.A.
555 N.E. 15 Street, Suite 2C
Miami, Florida 33132
Tel: (305) 416-0324 / Fax: (305) 416-0325
Email: neil@neilmschuster.com

Applicant having requested admission *pro hac vice* to appear for all purposes as temporary and limited counsel for Zalmund Zirkind in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York at First Appearance and Arraignment. Counsel shall file the certificates of good standing from the Florida and Colorado Supreme Courts and from the District of Colombia upon receipt. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JUL 31 2020

                                                  _____
                                                  DENISE COTE
                                                  United States District Judge