```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     S8: 19Cr0463 (DLC)
                                         :
            -v-                          :     ORDER
                                         :
ZALMUND ZIRKIND,                         :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 4, 2020, defendant Zalmund Zirkind was presented and arraigned before the Magistrate Judge.  Accordingly, it is hereby

ORDERED that trial is scheduled for Zalmund Zirkind, as well as his co-defendants Emiliano Bomba, Andy Garibaldi Lopez, Jose Baez, and Benzion Zirkind, for **December 7, 2020.**  The Government shall file a letter by **August 14** describing the schedule for the production of discovery to Zalmund Zirkind. Any defense motions are due **September 4, 2020**; the Government's opposition is due **September 11, 2020.**

IT IS FURTHER ORDERED that defense counsel for Zalmund Zirkind shall advise the Court by **August 14, 2020,** whether the defendant requests a conference with the Court regarding the schedule in this case or any other issue.  That letter shall confirm that counsel has advised Zalmund Zirkind of the December

7, 2020 trial date and the need to request any change of counsel well in advance of December 7 so that replacement counsel is prepared to try this case on December 7.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(6) time is excluded until December 7, 2020, since he is joined for trial with Bomba, Baez, Lopez, and Benzion Zirkind.

Dated:   New York, New York
         August 5, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge