```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        S8 19cr0463 (DLC)
                                         :
             -v-                         :             ORDER
                                         :
ZALMUND ZIRKIND,                         :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant is a Canadian citizen who was arrested in the Northern District of New York on charges of money laundering. He is released on bail to a family member's home in Brooklyn, New York on conditions that include home confinement. In a letter of August 7, his retained counsel seeks permission for the defendant to leave the home four times a day, six days a week, to attend religious services at two different locations in Brooklyn, and to leave the home three times over the Sabbath (Friday to Saturday evenings) to attend services at one location in Brooklyn.

Having consulted with the supervising pretrial services officer, it is hereby

ORDERED that the application to attend services at the Congregation Lubavitcher from Friday to Saturday evening, on the schedule described in the August 7 letter, is approved.

IT IS FURTHER ORDERED that the remainder of the request is denied without prejudice to a future application.

Dated:    New York, New York
          August 12, 2020

                                            _____
                                                  DENISE COTE
                                            United States District Judge