UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 19-CR-00463-DLC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ZALMUND ZIRKIND

       Defendant.

_____/

**NOTICE OF FILING SUPPLEMENTAL CERTIFICATES OF GOOD STANDING**

    PLEASE TAKE NOTICE that annexed are the additional Certificates of Good Standing, described in DE 62, July 27, 2020, Motion for Admission *Pro Hac Vice*, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York.

1. Certificate of Good Standing for the United States District and Bankruptcy Courts for the District of Columbia, dated August 7, 2020.

2. Certificate of Good Standing for the Supreme Court of the State of Colorado, dated August 7, 2020.

3. Certificate of Good Standing for the Supreme Court of the State of Florida, dated August 3, 2020.

Dated: August 21, 2020
       Miami, Florida

                                  Respectfully Submitted,

                                  */s Neil M. Schuster*_____
                                  Neil M. Schuster, P.A.
                                  Fla. Bar No. 216909
                                  555 N.E. 15th Street, Suite 2C
                                  Miami, FL 33132
                                  Tel: (305) 416-0324
                                  Fax: (305) 416-0325
                                  Email: neil@neilmschuster.com