AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

UNITED STATES  )
Plaintiff )
v. )  Case No.   19CR463 (DLC)
ZALMOND ZIRKIND )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZALMOND ZIRKIND

Date: 09/10/2020

s/ Johanna S. Zapp
*Attorney's signature*

JOHANNA S. ZAPP jz9439
*Printed name and bar number*

550J Grand Street
suite 5F
NY NY 10002
*Address*

jszapp@aol.com
*E-mail address*

9177424053
*Telephone number*

9174921879
*FAX number*