# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002
917-742-4953 • FAX 917-492-1879
**ATTORNEY**
DISTRICT OF COLUMBIA AND NEW YORK BARS

September 16, 2020

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: <u>USA vs. Zalmund Zirkind</u>, 19-cr-463(DLC)
Dear Judge Cote,

On September 3, 2020, defense counsel filed a motion asking that the Defendant be allowed to attend services for the Jewish High Holidays of Rosh Hashanah and Yom Kippur, along with other important holidays soon to be celebrated. Specifically, the request was that Mr. Zirkind be allowed to attend religious services from 6:30 A.M. until 10:30 P.M., on the dates of the holidays, September 18 through September 20, and the same hours for September 25-28 (High Holidays) and October 2-11, 2020 (Sukkot and other important holidays).[1]

Respectfully, since this matter is time sensitive, defense counsel asks that the Court rule on the pending motion.

It should be noted that AUSA Lake and Pretrial Officer Rothman did not object to the request for temporarily amending the Defendant's religious holiday schedule.

Thank you for your review of this matter.

Respectfully submitted,

/s/Johanna S. Zapp
Neil M. Schuster
Attorneys for Mr. Zirkind

cc:
Josh Rothman, PTS, Intensive Supervision Specialist

---

[1] Defendant's ECF filing number 102

Stephanie Lake, AUSA
Aline R Flodr, AUSA
Sebastian Swett, AUSA