# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002
917-742-4953 • FAX 917-492-1879
**ATTORNEY**
DISTRICT OF COLUMBIA AND NEW YORK BARS

September 23, 2020

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

Re: <u>USA vs. Zalmund Zirkind</u>, 19-cr-463(DLC)

Dear Judge Cote,

I represent the defendant, Zalmund Zirkind, in the case <u>United States v. Zalmund Zirkind</u>, 19CR463(DLC.)

On Tuesday, Septembers 22, 2020, the Defendant filed a motion under seal. The motion filed was a bail modification request. The government and pretrial services were provided with a copy of the motion.

Respectfully submitted,

*Johanna Zapp*
Johanna S. Zapp, Esq.

Neil M. Schuster, Esq.

Attorneys for Zalmund Zirkind

cc: AUSA Stephanie Lake
    AUSA Aline R Flodr, AUSA
    AUSA Sebastian Swett, AUSA
    Pretrial Officer Joshua Rothman

*The application to travel to Canada in October is denied.*

*Denise Cote*
*9/24/20*

**MEMO ENDORSED**

1