LAW OFFICES
# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *       TELEPHONE (305) 416 - 0324
ANDREW HORN      TELECOPIER(305) 416 - 0325
   OF COUNSEL      e-mail:neil@neilmschuster.com
*ALSO ADMITTED IN COLORADO &
 DISTRICT OF COLUMBIA.

October 7, 2020

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Zalmund Zirkind,* **S9 19 Cr. 463 (DLC)**
            Response to Court Order September 24, 2020
            Re: Change of Plea Hearing DE 114

Dear Judge Cote:

    On behalf of Defendant Zirkind, this letter responds to this Honorable Court's Orders of September 24, 2020, DE 114, setting a change of plea hearing for October 15, 2020 and directing that by Thursday, October 8, 2020, defense counsel shall file a letter informing the Court whether counsel and the Defendant have successfully tested Skype for Business. *See* DE 114.

    Counsel and the Defendant utilized Skype for Business, performed a test video/audio conference, and respectfully report to the Court that we are capable of using the technology and will be attending the Rule 11 proceedings through the link provided in DE 114.

                                          Very truly yours,

                                          */s Neil M. Schuster*
                                          Neil M. Schuster

NMS:asnd
Stephanie Lake, AUSA
Aline R Flodr, AUSA
Sebastian Swett, AUSA
Johanna Zapp, Esq.