LAW OFFICES

# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *  
ANDREW HORN  
    OF COUNSEL  
*ALSO ADMITTED IN COLORADO  
& DISTRICT OF COLUMBIA DISTRICT COURT

TELEPHONE (305) 416 - 0324  
TELECOPIER (305) 416 - 0325  
e-mail:neil@neilmschuster.com

January 4, 2021

FILED BY ECF

Hon. Denise L. Cote  
U.S. District Judge  
Daniel Patrick Moynihan U.S. Courthouse, E.D.N.Y.  
225 Cadman Plaza East, Courtroom 4GN  
Brooklyn, New York 11201

    Re:    *United States v. Zalmund Zirkind*, S9 19 Cr. 463 (DLC)  
           *Letter Requesting Courtroom Sentencing*  
           Sentencing January 15, 2021, 11:00 am

Dear Judge Cote:

    We write to express the Defendant's request for leave to appear, in person, before Your Honor, in your courtroom. The Defendant perceives sentencing to be the most crucial stage of the criminal proceedings, particularly given his admission of guilt. We look forward to the opportunity to appear before Your Honor for the imposition of punishment.

                                   Respectfully submitted,

                                   *s/ Neil M. Schuster*  
                                   Neil M. Schuster

NMS:asnd