```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
           -v-                          :       S8: 19cr463 (DLC)
                                        :
 ZALMUND ZIRKIND,                       :              ORDER
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant having informed the Court in his letter of January 4, 2021 that he prefers that the January 15 sentencing in this matter occur as an in-person proceeding, it is hereby

ORDERED that the sentencing shall proceed in person on **January 15** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street. Counsel for the defendant must be present with his client in the courtroom.

IT IS FURTHER ORDERED that in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals

must also wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **noon** on **January 8**, defense counsel must advise the Court of how many spectators will attend the sentencing. The parties must advise the Court by the same date how many individuals will be seated at each counsel's table. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in-court sentencing of the defendant may listen to the sentencing proceeding through an audio-only telephone line by dialing **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         January 4, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge