```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      S8: 19cr463 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
ZALMUND ZIRKIND,                         :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 4, 2021, defense counsel sent five documents to this Court's Courtroom Deputy's email inbox. The documents are three character letters ("Letters"), a letter seeking to file the three letters under seal ("Sealing Request"), and a letter requesting to close public access to the courtroom where the defendant's sentencing proceeding will be held ("Public Access Letter"). The Sealing Request and Public Access Letter reflect confusion about the district in which this prosecution has been brought. This case is proceeding in the Southern District of New York and the courthouse is located in Manhattan, not Brooklyn. Counsel is further advised that no substantive communications may be sent to the Courtroom Deputy's email inbox.

Parties seeking to file redacted or sealed material are directed to the procedures set forth in Sections 6 and 21 of the

S.D.N.Y. Electronic Case Filing Rules and Instructions ("ECF Rules") and Section 2 of this Court's Individual Practices in Criminal Cases.  Certain categories of material, as described in Section 21 of the ECF Rules, may be redacted automatically without requesting permission from the court.  Where a party seeks to redact or file under seal additional information in criminal cases, court approval must be sought through a publicly filed letter on ECF that explains the basis for the request.  Redacted versions of the materials must be filed on ECF as well.  The party must separately send unredacted copies of the material to this Court's Chambers inbox at cotenysdchambers@nysd.uscourt.gov.  Accordingly, it is hereby

ORDERED that the defendant's request to file the Letters under seal is denied.  Defense counsel may file on ECF redacted copies of the Letters without further application to this Court so long as the redactions are of material described in Section 21.  To the extent that counsel seeks to redact material beyond that described in Section 21, that request must be made in a letter filed on ECF and the letter must include the appropriate explanation.  The unredacted Letters shall be sent to the Court's Chambers email inbox.

IT IS FURTHER ORDERED that the defendant shall file the Public Access Letter on ECF.  Once filed, it will be considered.

Dated:    New York, New York
          January 4, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge