LAW OFFICES
# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *
ANDREW HORN
   OF COUNSEL
*ALSO ADMITTED IN COLORADO &
 DISTRICT OF COLUMBIA.

TELEPHONE (305) 416 - 0324
TELECOPIER (305) 416 - 0325
e-mail:neil@neilmschuster.com

January 4, 2021

FILED BY ECF

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Zalmund Zirkind*, S9 19 Cr. 463 (DLC)
            *Notice of Filing Sealed Medical and Related Reports in Support of Defendant's Sentencing Submission*
            Sentencing: January 15, 2021

Dear Judge Cote:

      The Defendant respectfully requests permission for the sealed filing of the Defendant's medical and related reports referenced in the Presentence Investigation Report. The same documents will be referred to in the Defendant's Sentencing Memorandum which is due to be filed January 5, 2021. The sealed filing of those documents is consistent with Section 6 of the S.D.N.Y. Electronic Case Filing Rules. Consistent with Sections 6.1 and 6.9, the Defendant requests that following selected parties be permitted to view the proposed sealed documents: United States Probation Office and the Office of the United States Attorney for the Southern District of New York.

      We appreciate your review and consideration.

                                                  Very truly yours,

                                                *s/ Neil M. Schuster*
                                                Neil M. Schuster

NMS:asnd