```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA               :    S8: 19cr463 (DLC)
                                        :
         -v-                            :         ORDER
                                        :
 ZALMUND ZIRKIND,                       :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced in person on January 15, 2021 at 11:00 a.m. in Courtroom 18B, 500 Pearl Street.  Due to the ongoing COVID-19 pandemic, the Court has permitted public access to the proceeding via an audio-only telephone line.  On January 4, 2021, the defendant asked to seal public access to the courtroom, citing his concern that the October 15, 2020 videoconference plea proceeding in this matter was recorded and disseminated by an unknown third party.  Local Civil Rule 1.8, which applies to criminal cases pursuant to Local Criminal Rule 1.1, prohibits any person from making an audio or video recording of any communication with the Court.  Any violation of that prohibition may result in sanctions.  It is hereby

ORDERED that the defendant's request to seal public access to the courtroom is denied.  The defendant is reminded that all

proceedings in this matter, including the earlier plea allocution, are public proceedings.

    IT IS FURTHER ORDERED that all persons who will be dialing in to the January 15 proceeding are reminded of Local Civil Rule 1.8's general prohibition against audio or video recordings of communications with the Court, and that any violation of that prohibition may be subject to sanction. The Court will reiterate this prohibition at the beginning of the January 15 proceeding.

Dated:    New York, New York
           January 11, 2021

                                      _____
                                          DENISE COTE
                              United States District Judge