```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
   UNITED STATES OF AMERICA              :     S8: 19cr463 (DLC)
                                         :
              -v-                        :     ORDER
                                         :
   ZALMUND ZIRKIND,                      :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

This Order addresses four letters and related documents sent to the Court in connection with the defendant's sentencing proceeding scheduled for January 15, 2021.

On January 4, 2021, the defendant filed a letter requesting permission to file his "medical and related reports" ("Medical Reports"), which are referenced in the Presentence Investigation Report, under seal.  The defendant did not provide the Court with a copy of the Medical Reports, however.  It is hereby

ORDERED that the request is granted.

On January 5, the defendant filed a letter requesting that three character letters ("Character Letters") be filed under seal.  The defendant did not provide the Court with a copy of the Character Letters.  To the extent that they principally contain information that may be redacted pursuant to Section 21 of the S.D.N.Y. Electronic Case Filing Rules and Instructions, as described in the Order of January 4, then it is hereby

ORDERED that the Character Letters may be filed under seal. Otherwise, they should be filed in redacted form on ECF and the unredacted copy sent to the Court's Chambers email address.

On January 5, the defendant sent to the Chambers email address a letter describing four categories of information that he has redacted from his sentencing submissions. It is hereby

ORDERED that the January 5 letter shall be filed in redacted form on ECF. The defendant may redact the description of the fourth category from the ECF-filed letter.

On January 8, the defendant sent to the Chambers email address a letter listing five medical record documents and one IEP ("Third-Party Medical Records"). The defendant requested that the Third-Party Medical Records be filed under seal. It is hereby

ORDERED that this January 8 letter and the Third-Party Medical Records shall be filed under seal.

IT IS FURTHER ORDERED that the defendant shall submit a copy of the Medical Reports to the Chambers email address. The defendant is reminded to follow the instructions set forth in the Court's Order of January 4.

IT IS FURTHER ORDERED that the defendant must provide complete copies of all submissions to the Government.

```
Dated:   New York, New York
         January 11, 2021
```

                                                                 _____
                                                                       DENISE COTE
                                                       United States District Judge