LAW OFFICES

# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *
ANDREW HORN
  OF COUNSEL
*ALSO ADMITTED IN COLORADO &
  DISTRICT OF COLUMBIA.

TELEPHONE (305) 416 - 0324
TELECOPIER (305) 416 - 0325
e-mail:neil@neilmschuster.com

January 11, 2021

FILED VIA ECF

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Zalmund Zirkind*, S8 19 Cr. 463 (DLC)
            ***Letter in Explanation of Redacted Sentencing Submissions***
            Sentencing: January 15, 2021

Dear Judge Cote:

    Consistent with this Court's Individual Rules of March 1, 2007, provisions of Section 6 and 21 of the S.D.N.Y. Electronic Case Filing Rules, the E-Government Act of 2002, the privacy intentions of the Presentence Investigation Report, as well as the Southern District ECF Privacy Policy ("Privacy Policy"), the Defendant respectfully advises this Honorable Court that we redacted information from our sentencing submissions that, (1) identifies medical records, conditions, past and present medical treatment provided to minor children, (2) a particular medical problem suffered by the Defendant's wife, (3) financial information and, (4) [REDACTED].

    We respectfully request the Court permit the redacted documents to remain filed, as is. Unredacted documents are presented to Chambers and the Government, as ordered.

                                       Respectfully submitted,

                                       *s/ Neil M. Schuster*
                                       Neil M. Schuster

NMS:asnd
cc: All parties by ECF