```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :   S8: 19cr463 (DLC)
                                         :
 ZALMUND ZIRKIND,                        :         ORDER
                                         :
                     Defendant.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Due to the ongoing COVID-19 pandemic, the Southern District of New York has adopted new social distancing protocols that require the use of a larger courtroom. Accordingly, it is hereby

ORDERED that the January 15 sentencing shall be held in Courtroom 24B, 500 Pearl Street.

Dated:    New York, New York
          January 12, 2021

                              _____
                                      DENISE COTE
                              United States District Judge