LAW OFFICES
# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *  
ANDREW HORN  
   OF COUNSEL  
*ALSO ADMITTED IN COLORADO &  
 DISTRICT OF COLUMBIA.

TELEPHONE (305) 416 - 0324  
TELECOPIER (305) 416 - 0325  
e-mail:neil@neilmschuster.com

January 14, 2021

FILED VIA ECF

Honorable Denise L. Cote  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007

    Re:    *United States v. Zalmund Zirkind*, S8 19 Cr. 463 (DLC)  
            ***Letter Correcting Error in Sentencing Submission (DE 171)***  
            Sentencing: January 15, 2021

Dear Judge Cote:

      Counsel erred in his Sentencing Submission, Memorandum DE 171, p. 22, where we state, "A total of 103 US citizen money laundering offenders did not receive prison sentences. *Id*., Table 19." The appropriate citation is found not on Table 19, but rather Table 13, Sentence Type by Type of Crime. The correct statistics describe a total of 137 money laundering offenders who received probation. *2019 USSC Annual Report and Sourcebook of Federal Sentencing Statistics*.

      We respectfully submit this correction to the January 5, 2021 Sentencing Submission, DE 171.

                                    Respectfully submitted,

                                    *s/ Neil M. Schuster*  
                                    Neil M. Schuster

NMS:asnd  
cc: All parties by ECF