LAW OFFICES
# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *  
ANDREW HORN  
   OF COUNSEL  
*ALSO ADMITTED IN COLORADO &  
 DISTRICT OF COLUMBIA.

TELEPHONE (305) 416 - 0324  
TELECOPIER (305) 416 - 0325  
e-mail:neil@neilmschuster.com

January 14, 2021

FILED VIA ECF

Honorable Denise L. Cote  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007

      Re:   *United States v. Zalmund Zirkind*, S8 19 Cr. 463 (DLC)  
            ***Application for Leave to Permit Defense Counsel to Enter the Courthouse with Computers***  
            Sentencing: January 15, 2021

Dear Judge Cote:

    This letter is respectfully written to request the opportunity for both defense counsel, Neil M. Schuster and Johanna Zapp, to enter the Courthouse with computers in order to have a backup system to present a video that addresses sentencing related issues. Counsel has confronted certain problems and has been unable to overcome those issues with presenting this video in advance to the Court.

                                      Respectfully submitted,

                                      *s/ Neil M. Schuster*  
                                      Neil M. Schuster

NMS:asnd  
cc: All parties by ECF