```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
                -v-                     :     S8: 19cr463 (DLC)
                                        :
 ZALMUND ZIRKIND,                       :          ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This Court's Order of January 12, 2021, advised counsel that due to this courthouse's new social distancing guidelines the proceeding would occur in a different courtroom. The Order indicated the wrong courtroom number. It is hereby

ORDERED that the January 15 sentencing proceeding shall be held in **Courtroom 24A**, 500 Pearl Street.

Dated:   New York, New York
         January 14, 2021

                                             */s/ Denise Cote*
                                             DENISE COTE
                                  United States District Judge