*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/15/2021]*

LAW OFFICES
**NEIL M. SCHUSTER**

**MEMO ENDORSED**

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *
ANDREW HORN
OF COUNSEL
*ALSO ADMITTED IN COLORADO &
DISTRICT OF COLUMBIA.

TELEPHONE (305) 416 - 0324
TELECOPIER (305) 416 - 0325
e-mail:neil@neilmschuster.com

January 14, 2021

FILED VIA ECF

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Zalmund Zirkind*, S8 19 Cr. 463 (DLC)
    ***Application for Leave to Permit Defense Counsel to Enter the Courthouse with Computers***
    Sentencing: January 15, 2021

Dear Judge Cote:

  This letter is respectfully written to request the opportunity for both defense counsel, Neil M. Schuster and Johanna Zapp, to enter the Courthouse with computers in order to have a backup system to present a video that addresses sentencing related issues. Counsel has confronted certain problems and has been unable to overcome those issues with presenting this video in advance to the Court.

           Respectfully submitted,

           *s/ Neil M. Schuster*
           Neil M. Schuster

NMS:asnd
cc: All parties by ECF

*Denied.*
*[signature] Denise Cote*
*1/15/21*