```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :    19 CR 463 - 5   (DLC)
     -against-                        :
                                      :    ORDER
Zalmund Zirkind                       :
                                      :
          Defendant                   :
                                      :
--------------------------------------X
```

Denise L. Cote, United States District Judge:

ORDERED that the defendant is permitted to return his location monitoring equipment to Pretrial Services on February 25, 2021.

Dated: New York, New York
       February  23 , 2021

                                SO ORDERED

                            _____
                                    DENISE COTE
                            United States District Judge