LAW OFFICES

# NEIL M. SCHUSTER

SUITE 2C
555 N.E. 15th STREET
MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *
ANDREW HORN
OF COUNSEL
*ALSO ADMITTED IN COLORADO &
 DISTRICT OF COLUMBIA.

TELEPHONE (305) 416 - 0324
TELECOPIER(305) 416 - 0325
e-mail:neil@neilmschuster.com

February 26, 2021

**BY ECF**

<span style="color:red">MEMO ENDORSED</span>

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

>    Re:    ***United States v. Zalmund Zirkind*, S9 19 Cr. 463 (DLC)**
>    LETTER MOTION FOR RETURN OF DEFENDANT'S PASSPORTS AND DISCHARGE OF BOND

Dear Judge Cote:

Consistent with the Court's order Zalmund Zirkind timely surrendered to FCI Otisville SCP on Friday February 26, 2021.

The Defendant respectfully requests that an order enter permitting the return of his United States and Canadian passports, presently in the custody of Pretrial Services to the undersigned counsel or co-counsel, Johanna Zapp, so they may be returned to the Defendant's family.

The Defendant also respectfully requests the discharge of the Defendant's bond and collateral posted consistent with the Order of August 4, 2020, DE 72, with additional executed sureties submitted on August 13, 2020.  The bond sought to be discharged was secured by property owned and the signatures of six cosigners: Aaron Cunin, Shaina Munitz, Yaakov Munitz, Nechama Turk, Israel Zirkind, and Shalom Zirkind.

The undersigned discussed this motion with USPO Rothman of Pretrial Services and AUSA Swett who have no objections to the relief requested.  We thank Your Honor for your review.

Very truly yours,

*/s Neil M. Schuster*
Neil M. Schuster

Application GRANTED.

SO ORDERED
March 1, 2021

DENISE COTE
United States District Judge

NMS:asnd
Parties by ECF